ANNIE E. CORNELL, Respondent, *v.* AUGUSTUS H. WARD et al., Appellants.

(Argued October 29, 1885; decided November 24, 1885.)

*Mark D. Wilber* for appellants.

*A. H. Dailey* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

_____

GEORGE A. SMITH, Respondent, *v.* JOSEPH KENYON, Appellant.

(Submitted October 30, 1885; decided November 24, 1885.)

*McDowell & Lewis* for appellant.

*Canniff & Perine* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

_____

CHARLES DITTBERNER, JR., Appellant, *v.* STEPHEN ROGERS, Respondent.

(Submitted October 30, 1885; decided November 24, 1885.)

*A. Simis, Jr.* for appellant.

*Peckham & Tyler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.